Chainless Cycle Manufacturing Company, Respondent, v. The Security Insurance Company, of New Haven, Conn., Appellant.— Motion for reargument denied, with ten dollars costs. All concurred.

Cecilia V. Pioso, Respondent, v. Lucien Levy, Appellant.— Judgment and order affirmed, with costs. All concurred.

Timothy J. Wiard, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, J., dissenting.

The People of the State of New York, Respondent, v. Charles Werner, Appellant.— Judgment of conviction affirmed and proceedings remitted to the clerk of Wyoming county, pursuant to the provisions of section 547 of the Code of Criminal Procedure. All concurred.

Hannah Lahey, Appellant, v. The Supreme Council of the Catholic Mutual Benefit Association, Respondent.— Order affirmed, without costs. All concurred. Laughlin, J., not sitting.

Herman S. Lary, Respondent, v. Isaac N. Pettit and Myrtle L. Pettit, Appellants.— It appearing that two of the members of this court are disqualified from sitting in this case, it is hereby directed that the case be certified to the third judicial department in accordance with the provision of section 231 of the Code of Civil Procedure.

Charles S. Kent v. Isaac S. West, as Committee, etc.— Motion denied, with ten dollars costs. All concurred, except McLennan, J., not voting.

In the Matter of the Application of Luke Skelly for a Writ of Mandamus, etc.— Order affirmed, with costs. All concurred.

Samuel Hutchinson and Another v. Michael Doyle and Another.— Motion denied, with ten dollars costs. All concurred.

Sarah J. Snowden v. The Town of Somerset.— Motion denied, with ten dollars costs. All concurred.

Edward H. Kruger v. Henry H. Persons and Another, as, etc.— Ordered, that the order heretofore entered be corrected, so as to read as follows: " Order refusing leave to discontinue affirmed, with ten dollars costs and disbursements, and judgment modified by

striking therefrom the words 'upon the merits,' which modification is made upon the ground that the trial court did not have power to dismiss the complaint upon the merits, and the judgment as thus modified affirmed, without costs of this appeal to either party. All concurred.

The People of the State of New York, Respondent, v. Abe Frank, Appellant.— Judgment of conviction affirmed, and proceedings remitted to the clerk of Monroe county pursuant to the provisions of section 547 of the Code of Criminal Procedure. All concurred.

James D. Spencer, Respondent, v. The City of Watertown, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

William F. Fuhrman, Appellant, v. Nicholas L. Brayer, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Mary E. Langslow, as Executrix, etc., of Richard D. Lewis, Deceased, for an Order Directing K ——, an Attorney, to Pay Over Certain Moneys.— Order affirmed, with costs. All concurred, except Adams, P. J., not voting.

Barbara Russert, Appellant, v. Louis Stover, as Executor, etc., Respondent.— Judgment affirmed, with costs. All concurred.

Stephen K. Williams and Others v. Orville N. Barkley, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted upon filing of the customary bond, upon condition that such appeal be perfected and papers filed in the Court of Appeals within thirty days; and the following question is hereby certified to that court, viz.: Is the former adjudication of this court upon the motion to confirm the report of the referee, in the case of *Barkley* v. *New York Central & Hudson River Railroad Company*, and upon the appeal from the order granting an injunction in this action (see 35 App. Div. 167), binding upon the plaintiffs, or either or any of them, so far as it determines their rights to liens upon the fund in question. All concurred.

Emma Stapf, Respondent, v. Buffalo Savings and Loan Association, Appellant.— Appeal dismissed under general rule 39.

In the Matter of the Alleged Intrusion of John Griffin upon Indian Lands.—Appeal dismissed under general rule 39.

In the Matter of the Alleged Intrusion of Ephraim Jones upon Indian Lands.— Appeal dismissed under general rule 39.

In the Matter of the Alleged Intrusion of John Grogan upon Indian Lands.— Appeal dismissed under general rule 39.

John Mitchell and Another, Respondents, v. William E. Anderson, Defendant, and James A. Bell, Attaching Creditor, Appellant.— Appeal dismissed under general rule 39.

52        635
Case 4
a169 NY 594

52o 635
a167a208

52        635
Case 16
r168 NY  43

52r 635
m167a 314

52        635
Case 5
74 NY 132